■ In the Matter of RICHARD G. WALL, for Reinstatement to the Bar of the State of New York.—Application for reinstatement denied. Concur—Murphy, P. J., Sandler, Sullivan, Wallach and Smith, JJ.

■ ALLIANCE PROPERTY MANAGEMENT AND DEVELOPMENT v ANDREWS AVENUE EQUITIES, INC.—Motion for leave to appeal to the Court of Appeals granted, as indicated; and insofar as it seeks a stay, the motion is denied, with leave to reapply to the Court of Appeals, as indicated. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Smith, JJ.